STATE OF NEW JERSEY v. GEORGE MAYER.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. VALERIE LASHLEY.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY HOLMES.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CLAYTON POWELL.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK MCLAUGHLIN.

March 24, 1987.

Petition for certification denied.